UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>            Plaintiff,<br><br>vs.<br><br>MENDOZA-BUSTOS<br><br>            Defendant. | District No. 2:10-CR-0411-LDG-GWF |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On October 14, 2011 this court received a transcript order form dated October 14, 2011 requesting a Transcript of the hearing held on May 4, 2011 from Mrs. Brenda Weksler, counsel for Defendant Mendoza-Bustos, in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 20 day of October, 2011.

_____
Lloyd D. George
United States District Judge