Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Gustavo Mendoza-Bustos**

Case Number: **2:10CR00411**

Name of Sentencing Judicial Officer: **Honorable Lloyd D. George**

Date of Original Sentence: **August 19, 2011**

Original Offense: **Count 1: Distribution of a Controlled Substance and Count 2: Possession of a Controlled Substance with Intent to Distribute (Methamphetamine)**

Original Sentence: **70 Months prison, followed by 60 Months TSR**

Date Supervision Commenced: **August 14, 2015**

Name of Assigned Judicial Officer: **Honorable Lloyd D. George**

## SUMMARY

Mr. Mendoza-Bustos has submitted a request to travel, from May 8, 2018 to May 22, 2018, as he wants to visit family in Mexico City, Mexico. Mr. Mendoza-Bustos is currently in compliance with all conditions of supervision and has not incurred any known violations. He has satisfied his special assessment fee and continues to work full-time.

The probation office respectfully requests that Mr. Mendoza-Bustos be permitted to travel on the aforementioned dates. Mr. Mendoza-Bustos is aware that if the Court does not authorize his request he will not be able to go.

Respectfully submitted,

*M Hernandez Powell*
Margarita Hernandez Powell
2018.04.05 16:53:42
-07'00'

Margarita Hernandez Powell
United States Probation Officer

RE: Gustavo Mendoza-Bustos

Form 12 - Travel
D/NV Form
Rev. June 2014

Approved:

*Niquita M. Loftis*  Niquita M. Loftis
2018.04.05 12:43:35
-07'00'

Niquita Loftis
Supervisory United States Probation Officer

## THE COURT ORDERS

[X]  Requested Travel is Approved

[ ]  Requested Travel is Denied

[ ]  Other

_____
Signature of Judicial Officer

6 April 2018
Date